GARY M. RESTAINO
United States Attorney
District of Arizona
Emma Mark
Assistant United States Attorney
Arizona State Bar No. 032249
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: emma.mark@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

APR 1 2 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>vs.<br><br>Damian Andrew Wathogoma,<br><br>            Defendant. | No.  CR-22-8029-PCT-SPL (JZB)<br><br>**REDACTED<br>INDICTMENT**<br><br>VIO:  18 U.S.C. §§ 1153, 2244(a)(5), and 2246(3)<br>CIR – Abusive Sexual Contact of a Child<br>Count 1 |

**THE GRAND JURY CHARGES:**

Between on or about December 1, 2021 and on or about December 14, 2021, in the District of Arizona, within the confines of the Yavapai-Apache Indian Reservation, Indian Country, defendant DAMIAN ANDREW WATHOGOMA, an Indian, did knowingly engage in a sexual contact with the victim, Jane Doe, a child under the age of 12. The sexual contact involved intentional touching, directly and through the clothing, of the victim's buttocks with the defendant's penis, with an intent to abuse, humiliate, harass and

/ / /

1  degrade the victim and arouse and gratify the sexual desire of the defendant.

2  In violation of Title 18 United States Code, Sections 1153, 2244(a)(5), and 2246(3).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: April 12, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona


/s/
EMMA MARK
Assistant U.S. Attorney